

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 21, 2014

*The hearing is adjourned until February 20, 2014 @ 11:00 a.m.*

*AKH 11-24-14*

**BY HAND DELIVERY**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. William Knox, No. 12 Cr. 829 (AKH)**

Dear Judge Hellerstein:

    The Government writes respectfully, pursuant to a conversation with Chambers on November 21, 2014 and with the consent of defense counsel, to request an adjournment of the violation of supervised release hearing in the above-referenced matter from December 5, 2014 to February 20, 2014. The defendant is scheduled for trial before the Honorable Alison J. Nathan on January 20, 2014 on an underlying charge that is substantially the same as the primary charge in the violation of supervised release. Therefore, the Government seeks to adjourn the violation proceeding until after the resolution of the underlying case before Judge Nathan.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney

                      By:    _____
                             Max Nicholas
                             Assistant United States Attorney
                             (212) 637-1565

CC:    Peter Zirbes, Esq.
          Deveraux Cannick, Esq.
          Esteban Montanez, U.S.P.O.

*SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 11/24/14*